# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MGA ENTERTAINMENT, INC., et al.,<br>　　　Plaintiffs,<br><br>　　　　　v.<br><br>SPLASH-TOYS SAS,<br>　　　Defendant. | CV 20-1566 DSF (MRWx)<br><br>Order Remanding Case to State Court |

　　This case was removed from state court on the basis of diversity. The plaintiffs are a California corporation and a Hong Kong limited company. The defendant is a French company. There is no diversity jurisdiction over a case between two aliens with a non-alien on one side. 28 U.S.C. § 1332(a); <u>Faysound Ltd. v. United Coconut Chemicals, Inc.</u>, 878 F.2d 290, 294–95 (9th Cir. 1989).

　　The case is REMANDED to the Superior Court of California, County of Los Angeles.

　　IT IS SO ORDERED.

Date: March 10, 2020

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　　United States District Judge